IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

MURRAY SOKOL                                                              CASE NO. 24-15342-SMG
                                                                                              CHAPTER 13

          Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Ford Motor Credit Company LLC, files its Objection to Confirmation of Plan and states:

1. Creditor is the lienholder on the title to the following vehicle:

    2023 Ford F-150 Crew Cab XLT EcoBoost 2.7L V6 Turbo
    VIN: 1FTEW1CP2PKD79214 ("Vehicle").

2. Creditor filed Proof of Claim Number 6-1 in the total amount of $57,988.95, including a total arrearage in the amount of $5,111.22.

3. The Debtor's Plan includes a claim amount of $56,744.62 to be paid at an interest rate of 7.90%.

4. Creditor objects to the proposed interest rate because the current U.S. Prime Rate is 8.50% and, therefore, pursuant to the Supreme Court's interest rate formula promulgated in *Till v. SCS Credit Corp*, an appropriate rate of interest is 10.50%. 541 U.S. 465 (2004).

5. Accordingly, the Plan should be amended to conform to Creditor's Proof of Claim as filed and Creditor should retain its lien until the contractual balance is paid in full, pursuant to 11 USC §1325(a)(5)(B)(i), at the *Till* rate of 10.50%.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33765
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 28th day of June 2024.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899

**VIA FIRST CLASS MAIL**
Murray Sokol
441 NE 20th AveApt. 104
Deerfield Beach, FL 33441

**VIA CM/ECF NOTICE**
Chad T. Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 3313