Certificate Number: 05781-FLS-DE-038742835

Bankruptcy Case Number: 24-15342



05781-FLS-DE-038742835

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2024, at 7:56 o'clock PM PDT, Murray Sokol completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   August 6, 2024               By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President